Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOY RACER, INC., | No. C-11-01958 PSG |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| DOES 1-71, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety with prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendant remaining in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

//

//

//

//

1  Plaintiff prays that the Court enter a judgment reflecting the above.

2

3

    Respectfully Submitted,

4

                              STEELE HANSMEIER PLLC,

5

**DATED: August 26, 2011**

6

                   By:     /s/  Brett L. Gibbs, Esq.

7

8  Brett L. Gibbs, Esq. (SBN 251000)
   Steele Hansmeier PLLC.
9  38 Miller Avenue, #263
   Mill Valley, CA 94941
10  blgibbs@wefightpiracy.com
   *Attorney for Plaintiff*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 26, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.